**Elijah SHEPPARD, Plaintiff— Appellant,**

v.

**Pete GEREN, Secretary of the Army; James B. Peake, Secretary of Veterans Affairs, Defendants—Appellees.**

No. 08–1286.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Elijah Sheppard, Appellant Pro Se. Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Sheppard appeals the district court's order dismissing his action seeking review of a Department of Veteran's Affairs decision on his application for benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheppard v. Geren,* No. 1:07–cv–01279–CMH–TRJ (E.D. Va. filed Feb. 19 & entered Feb. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*